UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

MAR 18 2008

US DISTRICT COURT
MARTINSBURG, WV 25401

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>v.<br><br>ARMANDO RIVERA, -1<br>a/k/a "PRIMO"<br>and JOSUE SOSA, -2<br>　　　　　Defendants. | Criminal No. __3:08cr23__<br><br>Violations:　18 U.S.C. § 2<br>　　　　　　　21 U.S.C. § 841(a)(1)<br>　　　　　　　21 U.S.C. § 841(b)(1)(B)<br>　　　　　　　21 U.S.C. § 841(b)(1)(C) |

# INDICTMENT

The Grand Jury charges that:

### COUNT NO. 1

(Distribution of Cocaine Hydrochloride)

On or about the 12th day of July, 2007, at approximately 6:52 p.m., in Martinsburg, Berkeley County, West Virginia, within the Northern Judicial District of West Virginia, defendants, **ARMANDO RIVERA, a/k/a "PRIMO" and JOSUE SOSA**, aided and abetted by each other, did unlawfully, knowingly, intentionally and without authority distribute approximately 13.6 grams or more of a mixture and substance containing a detectable amount of cocaine hydrochloride, also known as "coke," a Schedule II narcotic drug controlled substance, as designated by Title 21, United States Code, Section 812(c) Schedule II(a)(4), to a person known to the grand jury, in exchange for $550.00; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT NO. 2

(Distribution of Cocaine Hydrochloride)

On or about the 12th day of July, 2007, at approximately 10:01 p.m., in Martinsburg, Berkeley County, West Virginia, within the Northern Judicial District of West Virginia, defendants, **ARMANDO RIVERA, a/k/a "PRIMO" and JOSUE SOSA**, aided and abetted by each other, did unlawfully, knowingly, intentionally and without authority distribute approximately 13.6 grams or more of a mixture and substance containing a detectable amount of cocaine hydrochloride, also known as "coke," a Schedule II narcotic drug controlled substance, as designated by Title 21, United States Code, Section 812(c) Schedule II(a)(4), to a person known to the grand jury, in exchange for $660.00; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT NO. 3

(Distribution of Cocaine Base)

On or about the 19th day of July, 2007, at approximately 8:02 p.m., in Martinsburg, Berkeley County, West Virginia, within the Northern Judicial District of West Virginia, defendants, **ARMANDO RIVERA, a/k/a "PRIMO" and JOSUE SOSA**, aided and abetted by each other, did unlawfully, knowingly, intentionally and without authority distribute approximately 27.0 grams or more of a mixture and substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II narcotic drug controlled substance, as designated by Title 21, United States Code, Section 812(c) Schedule II(a)(4), to a person known to the grand jury, in exchange for $1,250.00; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

## COUNT NO. 4

(Distribution of Cocaine Hydrochloride)

On or about the 23rd day of July, 2007, at approximately 5:30 p.m., in Martinsburg, Berkeley County, West Virginia, within the Northern Judicial District of West Virginia, defendant, **ARMANDO RIVERA, a/k/a "PRIMO",** did unlawfully, knowingly, intentionally and without authority distribute approximately 1.7 grams or more of a mixture and substance containing a detectable amount of cocaine hydrochloride, also known as "coke," a Schedule II narcotic drug controlled substance, as designated by Title 21, United States Code, Section 812(c) Schedule II(a)(4), to a person known to the grand jury, in exchange for $200.00; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT NO. 5

(Distribution of Cocaine Hydrochloride)

On or about the 23rd day of July, 2007, at approximately 7:25 p.m., in Martinsburg, Berkeley County, West Virginia, within the Northern Judicial District of West Virginia, defendant, **ARMANDO RIVERA, a/k/a "PRIMO",** did unlawfully, knowingly, intentionally and without authority distribute approximately 3.2 grams or more of a mixture and substance containing a detectable amount of cocaine hydrochloride, also known as "coke," a Schedule II narcotic drug controlled substance, as designated by Title 21, United States Code, Section 812(c) Schedule II(a)(4), to a person known to the grand jury, in exchange for $200.00; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT NO. 6

(Distribution of Cocaine Base)

On or about the 23rd day of July, 2007, at approximately 7:25 p.m., in Martinsburg, Berkeley County, West Virginia, within the Northern Judicial District of West Virginia, defendant, **ARMANDO RIVERA, a/k/a "PRIMO",** did unlawfully, knowingly, intentionally and without authority distribute approximately 3.3 grams or more of a mixture and substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II narcotic drug controlled substance, as designated by Title 21, United States Code, Section 812(c) Schedule II(a)(4), to a person known to the grand jury, in exchange for $200.00; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT NO. 7

(Distribution of Cocaine Hydrochloride)

On or about the 24th day of July, 2007, at approximately 5:07 p.m., in Martinsburg, Berkeley County, West Virginia, within the Northern Judicial District of West Virginia, defendant, **ARMANDO RIVERA, a/k/a "PRIMO",** did unlawfully, knowingly, intentionally and without authority distribute approximately 5.7 grams or more of a mixture and substance containing a detectable amount of cocaine hydrochloride, also known as "coke," a Schedule II narcotic drug controlled substance, as designated by Title 21, United States Code, Section 812(c) Schedule II(a)(4), to a person known to the grand jury, in exchange for $400.00; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT NO. 8

(Distribution of Cocaine Hydrochloride)

On or about the 25th day of July, 2007, at approximately 5:40 p.m., in Martinsburg, Berkeley County, West Virginia, within the Northern Judicial District of West Virginia, defendant, **ARMANDO RIVERA, a/k/a "PRIMO",** did unlawfully, knowingly, intentionally and without authority distribute approximately 10.0 grams or more of a mixture and substance containing a detectable amount of cocaine hydrochloride, also known as "coke," a Schedule II narcotic drug controlled substance, as designated by Title 21, United States Code, Section 812(c) Schedule II(a)(4), to a person known to the grand jury, in exchange for $600.00; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT NO. 9

(Possession with Intent to Distribute Cocaine Hydrochloride)

On or about the 26th day of July, 2007, at approximately 9:30 p.m., in Martinsburg, Berkeley County, West Virginia, within the Northern Judicial District of West Virginia, defendant **ARMANDO RIVERA, a/k/a "PRIMO",** did unlawfully, knowingly, intentionally and without authority possess with the intent to distribute approximately 28.7 grams or more of a mixture and substance containing a detectable amount of cocaine hydrochloride, also known as "coke," a Schedule II narcotic drug controlled substance, as designated by Title 21, United States Code, Section 812(c) Schedule II(a)(4), in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT NO. 10

(Possession with Intent to Distribute Cocaine Base)

On or about the 26th day of July, 2007, at approximately 10:08 p.m., in Martinsburg, Berkeley County, West Virginia, within the Northern Judicial District of West Virginia, defendant **ARMANDO RIVERA, a/k/a "PRIMO",** did unlawfully, knowingly, intentionally and without authority possess with the intent to distribute approximately 14.3 grams or more of a mixture and substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II narcotic drug controlled substance, as designated by Title 21, United States Code, Section 812(c) Schedule II(a)(4), in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT NO. 11

(Possession with Intent to Distribute Cocaine Hydrochloride)

On or about the 11th day of October, 2007, at approximately 7:08 p.m., in Martinsburg, Berkeley County, West Virginia, within the Northern Judicial District of West Virginia, defendant **JOSUE SOSA,** did unlawfully, knowingly, intentionally and without authority possess with the intent to distribute approximately 27.5 grams or more of a mixture and substance containing a detectable amount of cocaine hydrochloride, also known as "coke," a Schedule II narcotic drug controlled substance, as designated by Title 21, United States Code, Section 812(c) Schedule II(a)(4), in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A true bill:

/s/
Grand Jury Foreperson
(Signature on File)

/s/
SHARON L. POTTER
UNITED STATES ATTORNEY